JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

AUG 12 1988

DOCKET NO. 768

PATRICIA D. HOWARD
BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION PANEL

IN RE BEXAR COUNTY HEALTH FACILITY DEVELOPMENT CORPORATION SECURITIES
LITIGATION

TRANSFER ORDER

This litigation presently consists of two actions pending in two
federal districts, one action each in the Eastern District of
Pennsylvania and the Western District of Texas.[1]  Before the Panel is
a motion by the Texas plaintiffs, pursuant to 28 U.S.C. §1407, to
centralize these actions in the Western District of Texas for
coordinated or consolidated pretrial proceedings.  Three Texas
defendants support the motion.  Three other defendants in both actions
agree that centralization is appropriate, but suggest that the Eastern
District of Pennsylvania is the appropriate transferee district.  The
Pennsylvania plaintiff, a Pennsylvania defendant and an additional
defendant in both actions oppose centralization; alternatively, these
parties support centralization in the Pennsylvania forum.

On the basis of the papers filed and the hearing held, the Panel
finds that the actions in this litigation involve common questions of
fact and that centralization under Section 1407 in the Eastern
District of Pennsylvania will best serve the convenience of the
parties and witnesses and promote the just and efficient conduct of
this litigation.  These actions share questions of fact relating to
alleged violations of the federal securities laws arising out of the
sale of Bexar County Health Facilities Development Corporation First
Mortgage Revenue Bonds -- the proceeds of which were loaned to the
Trinity Retirement Living Foundation (Trinity) to develop and
construct a residential retirement community in San Antonio, Texas.
Centralization under Section 1407 is desirable in order to eliminate
duplicative discovery, prevent inconsistent pretrial rulings and
conserve the resources of the parties, their counsel and the
judiciary.

In selecting the Eastern District of Pennsylvania as transferee
forum, we note that Laventhol & Horwath's (a defendant in both actions
which prepared the feasibility study for the Trinity project)
principal place of business as well as its documents and witnesses are

---

[1]  The Panel has been advised of the pendency of a potentially
related action pending in the District of South Dakota.  This action
and any additional related actions will be treated as potential
tag-along actions in accordance with Panel Rules 12 and 13,
R.P.J.P.M.L. (effective July 6, 1988).

-2-

located in Philadelphia; that several parties favor centralization in the Pennsylvania forum; and that pretrial proceedings in the Pennsylvania action before the Honorable Louis Charles Bechtle are underway and a trial date of November 15, 1988 has been set.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the Western District of Texas be, and the same hereby is, transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable Louis Charles Bechtle for coordinated or consolidated pretrial proceedings with the action pending in that district and listed on Schedule A.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

## SCHEDULE A

MDL-768 -- In re Bexar County Health Facility Development Corporation
            Securities Litigation

   Eastern District of Pennsylvania

Edward J. Whalen v. Laventhol & Horwath, et al.,
   C.A. No. 87-7280

      Western District of Texas

Edward P. Fahey, et al. v. Miller & Schroeder Municipals, Inc.,
   et al., C.A. No. SA-87-CA-1438